# RETURN

☒ FILED  ☐ LODGED
**Sep 15 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Case No.: 22-04790MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/23/2022 | 08/29/2022 1:00 PM | N/A |

INVENTORY MADE IN THE PRESENCE OF   N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT
**DIGITAL DATA**

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 09/15/2022

CHAD L LAKOSKY
*Digitally signed by CHAD L LAKOSKY*
*Date: 2022.09.15 12:57:17 -07'00'*
Executing Officer's Signature

CHAD LAKOSKY, SPECIAL AGENT
Printed Name and Title